DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |
|---|---|
| SAPPHIRE BEACH RESORT AND MARINA CONDOMINIUM OWNERS ASSOCIATION, LLC, and CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. DCC-1702207, as subrogee of Sapphire Beach Resort and Marina Condominium Owners Association, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BRUCE HALLIDAY, aka SANDY HALLIDAY, and M/V KAYLARA MAI, *in rem*,<br><br>Defendants. | Civil No. 2019-63 |

**ATTORNEYS:**

**Mark Wilczynski**
Law Office of Wilczynski & Garten, P.C.
St. Thomas, U.S.V.I.
   *For Sapphire Beach Resort and Marina Condominium Association, LLC, and Certain Underwriters at Lloyd's, London subscribing to Policy No. DCC-1702207,*

**Neil D Goldman**
Young, Goldman & Van Beek, P.C.
Alexendria, VA
**Matthew J. Duensing**
**Joseph D. Sauerwein**
Duensing & Casner
St. Thomas, U.S.V.I.
   *For Bruce Halliday and M/V Kaylara Mai.*

## ORDER

**GÓMEZ, J.**

Before the Court are the filings of each party consenting to a magistrate judge's jurisdiction in this matter.

*Sapphire Beach Resort and Marina Condo. Owners Ass'n et al. v. Halliday et al.*
Civ. No. 2019-63
Order
Page 2

    Pursuant to 28 U.S.C. § 636, "[u]pon the consent of the parties, a full-time United States magistrate judge . . . may conduct any or all proceedings in a jury or nonjury civil matter and order the entry of judgment in the case, when specially designated to exercise such jurisdiction by the district court or courts he serves." 28 U.S.C. § 636(c)(1). Each party has filed a written consent to a magistrate judge's jurisdiction in this matter. *See* ECF No. 34; ECF No. ECF No. 35; ECF No. 40.

    The premises considered, it is hereby

    **ORDERED** that, in accordance with 28 U.S.C. § 636, the Court hereby designates Magistrate Judge George W. Cannon, Jr., to exercise jurisdiction in this matter.

    S\_____
        **Curtis V. Gómez**
        **District Judge**